Exhibit 1

US009077877B2

US 009077877B2

## (12) United States Patent
Fountain

(10) Patent No.: **US 9,077,877 B2**
(45) Date of Patent: **Jul. 7, 2015**

(54) **ACTIVE HEADWEAR FOR DETACHABLY MOUNTING AN IMAGING DEVICE**

(71) Applicant: **Thomas Lee Fountain**, Woodland Hills, CA (US)

(72) Inventor: **Thomas Lee Fountain**, Woodland Hills, CA (US)

(73) Assignee: **Fountain, Inc.**, Woodland Hills, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 98 days.

(21) Appl. No.: **13/987,215**

(22) Filed: **Jul. 10, 2013**

(65) **Prior Publication Data**
US 2014/0027591 A1 Jan. 30, 2014

**Related U.S. Application Data**

(60) Provisional application No. 61/670,692, filed on Jul. 12, 2012.

(51) **Int. Cl.**
H04N 5/232 (2006.01)
H04N 5/225 (2006.01)
F16M 13/04 (2006.01)
H04N 5/77 (2006.01)
F16M 11/10 (2006.01)
F16M 13/00 (2006.01)

(52) **U.S. Cl.**
CPC ............ **H04N 5/2253** (2013.01); **F16M 13/04** (2013.01); **H04N 5/2252** (2013.01); **H04N 5/225** (2013.01); **H04N 5/77** (2013.01); **F16M 11/10** (2013.01); **F16M 13/00** (2013.01)

(58) **Field of Classification Search**
CPC . H04N 5/2252; H04N 5/2253; H04N 5/2251; H04N 5/225; H04N 5/77; G03B 17/08
USPC ................. 248/226.11; 348/81, 211.14, 376; 396/25, 419, 422
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

7,576,800 B2 * 8/2009 Swain ............................ 348/376
7,871,205 B2 * 1/2011 Inoue ............................ 396/422
8,310,555 B2 * 11/2012 Ludlow .................... 348/211.14
2008/0192114 A1 * 8/2008 Pearson et al. ................. 348/81

* cited by examiner

*Primary Examiner* — Todd M Epps
(74) *Attorney, Agent, or Firm* — Jeffrey A. McKinney; McKinney Law Group APC

(57) **ABSTRACT**

Disclosed is a mounting system and method for securing an imaging device to active headgear. In one embodiment, the mounting system includes a headwear frame to which can be attached a head strap to form a diving mask. A digital camera or a video recorder can be secured to an attachment base in the mounting system to allow use thereof in a hands-free operating mode.

8 Claims, 7 Drawing Sheets





**Fig. 1**

**(Prior Art)**



**Fig. 2**



**Fig. 3**

**Fig. 4**



**Fig. 5**



**Fig. 6**



Fig. 7



Fig. 8



FIG. 9



Fig. 10



Fig. 11

US 9,077,877 B2

**1**

# ACTIVE HEADWEAR FOR DETACHABLY MOUNTING AN IMAGING DEVICE

## CROSS REFERENCE TO RELATED APPLICATION

The present Application claims the benefit of U.S. Provisional Patent Application No. 61/670,692, entitled "Eyewear with Provision for Detachably Mounting an Imaging Device," filed Jul. 12, 2012, incorporated herein by reference in its entirety.

## FIELD OF THE INVENTION

The present invention relates to a system and method for securing an imaging device to active headwear.

## BACKGROUND OF THE INVENTION

Commercially-available headwear, such as a diving mask **10** shown in FIG. **1**, does not include provisions for integrating cameras. The diving mask **10** includes an eye frame **12** and an attachment strap **14**. The eye frame **12** serves to retain lenses **16**, **18**, but are otherwise featureless and have no provision for the attachment of an accessory.

Recent attempts to provide for cameras or other imaging devices within, or on, goggles or masks have had limited success. In such headwear, the cameras are usually attached to the frame of the goggle or mask, either in a frontal configuration, or on the temples. But cameras are not readily attached to such goggle or mask frames. Moreover, when the active headwear is a fashionable item whose designs are important, there are substantial design tradeoffs involved with providing or attaching cameras or other imaging devices. For example, published U.S. Patent Application 2008/0192114 "Wearable Waterproof Camera" of Pearson et al., discloses the placement of a camera inside a compartment, where the compartment unit snaps on or attaches to head-adapted gear such as eye-protective head-gear of various proportions.

There remains a need for an improved active headwear system having a mount adapter for detachably mounting an imaging device, such as a digital camera or video recorder, so as to allow the wearer full and free use of his or her hands, while supporting the imaging device for operation when desired.

## BRIEF SUMMARY OF THE INVENTION

In one aspect of the present invention, a mounting assembly, suitable for securing an imaging device to the head of a user comprises: a headwear frame configured for placement over the face of the user, the headwear frame having a first mounting rim disposed at a first side of the headwear frame and a second mounting rim disposed at a second side of the headwear frame; and an attachment base, the attachment base including at least two engagement tabs configured to mate with a camera mount, the attachment base further including a first clamp configured to mate with the first mounting rim and a second clamp configured to mate with the second mounting rim.

In another aspect of the present invention a mounting assembly, suitable for securing an imaging device to the head of a user comprises: an attachment base integrated with a headwear frame configured for placement over the face of the user, the attachment base including at least two engagement tabs configured to mate with a camera mount.

**2**

The additional features and advantages of the disclosed invention are set forth in the detailed description which follows, and will be apparent to those skilled in the art from the description or recognized by practicing the invention as described, together with the claims and appended drawings.

## BRIEF DESCRIPTIONS OF THE DRAWINGS

FIG. **1** is an example of active headwear, in accordance with the present state of the art;

FIG. **2** is an isometric diagrammatical illustration of a headwear frame from an active headwear apparatus, in accordance with the present invention;

FIG. **3** is an isometric diagrammatical illustration of the headwear frame of FIG. **2** mated with an attachment base to form a mounting assembly;

FIG. **4** is another isometric diagrammatical illustration of the mounting assembly of FIG. **3**;

FIG. **5** is a front view of the attachment base of FIG. **3**;

FIG. **6** is a rear view of the attachment base of FIG. **3**;

FIG. **7** is an isometric view of the attachment base of FIG. **3**;

FIG. **8** is another isometric view of the attachment base of FIG. **3**; and

FIG. **9** is a front view of the headwear frame and attachment base of FIG. **3** with an imaging device attached to the attachment base.

FIG. **10** is an isometric diagrammatical illustration of a front view of an integrated headwear frame and attachment base with an imaging device attached to the attachment base.

FIG. **11** is a rear view of the integrated headwear frame and attachment base of FIG. **10** with an imaging device attached to the attachment base.

## DETAILED DESCRIPTION OF THE INVENTION

"Active headwear" refers to eyeglasses, goggles, masks, or other objects worn over the eyes.

"Imaging device" refers to a digital camera, a video recording device, a portable projector, and the like.

"Fastener" refers to mechanical components that fasten, join, connect, secure, hold, or clamp parts together. Fasteners include, but are not limited to, screws, nuts and bolts, rivets, snap-fits, and the like.

"Mounting" includes, but is not limited to, joining, connecting, fastening, linking, coupling, or associating two parts together.

"Configure" includes the designing, arranging, setting up, or shaping with a view to specific applications or uses.

The present invention relates generally to a mounting system for attaching an imaging device to active headwear (e.g., diving mask). In one embodiment, the mounting system includes a headwear frame to which can be attached a head strap to form a diving mask. A digital camera or a video recorder can be secured to an attachment base in the mounting system to allow use thereof in a hands-free operating mode.

FIG. **2** shows one embodiment of a headwear frame **20** suitable for attachment to a wearer's head using a head strap or a headband (not shown). The headwear frame **20** includes a right lens frame **22** attached to a left lens frame **24** by a nosepiece **26**. The right lens frame **22** may include a right mounting rim **32** with a through hole **34** having a pre-specified diameter. Similarly, the left lens frame **24** may include a left mounting rim **36** with a through hole **38**. The right lens frame **22** and the left lens frame **24** may be sized and shaped to accommodate a set of commercially-available lenses or inserts, including prescription lenses.

US 9,077,877 B2

3

The headwear frame **20** is adapted to support and removably retain an attachment base **40**, as shown in FIGS. **3** and **4**. The attachment base **40** is sized and configured to support and removably retain an imaging device (shown in FIG. **9**), such as a digital camera or a video recorder. The attachment base **40** may be removably secured to the headwear frame **20** by a first fastener **28** passing through the attachment base **40** and the right mounting rim **32**, and a second fastener **28** passing through the attachment base **40** and the left mounting rim **36**. The combination of the attachment base **40**, the fasteners **28**, and the headwear frame **20** comprise a mounting assembly **50**.

In an embodiment, the attachment base **40** may include a right clamp **42** at one end of a lateral beam **44**, and a left clamp **46** at the other end of the lateral beam **44**, as shown in FIGS. **5**-**8**. A through hole **48** may be provided in the right clamp **42** and the left clamp **46** so as to accommodate a mechanical fastener (not shown), as understood in the relevant art. Two or more engagement tabs **52** and a retainer engagement tab **54** may be provided on the lateral beam **44** between the right clamp **42** and the left clamp **46**. In an exemplary embodiment, the engagement tabs **52** may be located at a midpoint on the lateral beam **44**. The engagement tabs **52** and the retainer engagement tab **54** are spaced apart so as to define open transverse slots **62** suitable for the insertion of a camera mount (as best seen in FIG. **9**), for example.

The retainer engagement tab **54** may include a boss **56** with a recess **58** (hexagonal recess shown) configured to hold a fastening device, such as a threaded nut (not shown). Each of the engagement tabs **54** may include a through hole **64**, where the through holes **64** line up with the recess **58**. This configuration allows for the insertion of a threaded fastener (not shown) into the through holes **64** so as to mate with the threaded nut held in the recess **58**, as is well-known in the relevant art.

The right clamp **42** may include a right front depending tab **72** and a right back depending tab **74** configured to engage the right mounting rim **32** (shown in FIG. **2**). The right front depending tab **72** may include a right front spacer **76**, and the right back depending tab **74** may include a right back spacer **78**. It can be appreciated that the through hole **48** is configured to pass through the right front depending tab **72**, the right front spacer **76**, the right back spacer **78**, and the right back depending tab **74**. The right front spacer **76** and the right back spacer **78** define an axial gap **70** of sufficient size to allow insertion of the right mounting rim **32**.

Preferably, when the right mounting rim **32** is inserted into the axial gap **70**, the through hole **34** lines up with the through hole **48** so as to allow for the insertion of a mechanical fastener (not shown), and thus retain the right clamp **42** on the right mounting rim **32**. The left clamp **46** is similarly configured (not shown for clarity of illustration) so as to allow placement of the left mounting rim **36** into the left clamp **46** such that the through hole **38** lines up with the through hole **48** in the left clamp **46**. The placement of the left mounting rim **36** into the left clamp **46** thus allows for the insertion of a mechanical fastener (not shown) into the through hole **48** and the through hole **38**, and thus retain the left clamp **46** on the left mounting rim **36**.

As shown in FIG. **9**, the headwear frame **20** may provide for installation of a right lens **82**, a left lens **84**, and the attachment of a strap (not shown) to produce a diving mask **80**, for example. The attachment base **40** can be secured to the diving mask **80** by (1) aligning the right clamp **42** with the right mounting rim **32**, (2) aligning the left clamp **46** with the

4

left mounting rim **36**, (3) securing a first base fastener **92** in the right clamp **42**, and (4) securing a second base fastener **92** in the left clamp **46**.

An imaging device **90** may be secured to the attachment base **40**, where the imaging device **90** includes a camera mount **94** configured to mate with the engagement tabs **52** and the retainer engagement tab **54**. After the camera mount **94** has been mated with the engagement tabs **52** and the retainer engagement tab **54**, a fastener (not shown) may be placed through boss **56**, retainer engagement tab **54** and engagement tabs **52** using through holes **64** (not shown) to more positively secure the imaging device **90** to the diving mask **80**.

Another embodiment of the invention, where the headwear frame and attachment base are integrated (i.e., not separable), with an imaging device attached to the attachment base, is shown in FIG. **10** (front view). Mounting assembly **100** includes frame **102** and a right lens frame **104** attached to a left lens frame **106** by a nosepiece **108**. Two or more engagement tabs **110** and adjacent retainer engagement tab **112**, including a boss **114** configured to hold a fastening device, may be provided at the top of the nosepiece **108**. Each of the engagement tabs **110** may include a through holes **116** (shown in FIG. **11**). This configuration allows for the insertion of a threaded fastener (not shown) into the through holes, as is well-known in the relevant art.

Imaging device **118** includes a camera mount **120** configured to mate with the engagement tabs **110** and retainer engagement tab **112**. The imaging device is secured to the mounting assembly **100** after camera mount **120** has been mated with the engagement tabs **110** and the retainer engagement tab **112** by placing a threaded fastener (not shown) into through holes **116** to more positively secure the imaging device **118** to mounting assembly **100**.

FIG. **11** is a rear view of the integrated headwear frame and attachment base shown in FIG. **10**. Imaging device **118** includes a camera mount **120** configured to mate with engagement tabs **110** and retainer engagement tab **112**. The imaging device is secured to mounting assembly **100** by means of a threaded fastener (not shown) placed into through holes **116** through engagement tabs **110** and retainer engagement tab **112**. Boss **114** is included on retainer engagement tab **112**. Mounting assembly **100** further includes frame **102**, a right lens frame **104**, a left lens frame **106**, and a nosepiece **108** that attaches right lens frame **104** to left lens frame **106**.

It is to be understood that the description herein is exemplary of the invention only and is intended to provide an overview for the understanding of the nature and character of the disclosed illumination systems. The accompanying drawings are included to provide a further understanding of various features and embodiments of the method and devices of the invention which, together with their description serve to explain the principles and operation of the invention.

What is claimed is:

1. A mounting assembly, suitable for securing an imaging device to a head of a user, said mounting assembly comprising:

    a headwear frame configured for placement over a face of the user, said headwear frame having a first mounting rim disposed at a first side of said headwear frame and a second mounting rim disposed at a second side of said headwear frame; and

    an attachment base, said attachment base including at least two engagement tabs configured to mate with a camera mount, said attachment base further including a first clamp configured to mate with said first mounting rim and a second clamp configured to mate with said second mounting rim,

US 9,077,877 B2

5

wherein said first clamp comprises a through hole to align with a through hole in said first mounting rim and said second clamp comprises a through hole configured to align with a through hole in said second mounting.

**2**. The mounting assembly of claim **1** wherein the attachment base is removably secured to the headwear frame by mechanical fasteners, and wherein the mechanical fasteners pass through the hole of the first clamp configured to align with the through hole of the first mounting and the hole of the second clamp configured to align with the through hold of the second mounting respectively.

**3**. A mounting assembly, suitable for securing an imaging device to a head of a user, said mounting assembly comprising:

a headwear frame configured for placement over a face of the user, said headwear frame having a first mounting rim disposed at a first side of said headwear frame and a second mounting rim disposed at a second side of said headwear frame; and

an attachment base, said attachment base including at least two engagement tabs configured to mate with a camera mount, said attachment base further including a first clamp configured to mate with said first mounting rim and a second clamp configured to mate with said second mounting rim;

wherein said attachment base comprises a lateral beam having: said first clamp disposed at a first end of said lateral beam; said second clamp disposed at a second end of said lateral beam, and said at least two engagement tabs disposed on said lateral beam between said first clamp and said second clamp;

wherein the attachment base further has a retainer engagement tab disposed on said lateral beam between said first clamp and said second clamp;

6

wherein the engagement tabs and the retainer engagement tab are spaced apart so as to define open transverse slots suitable for the insertion of a camera mount.

**4**. The mounting assembly of claim **3** wherein the engagement tabs are located at a midpoint of the lateral beam.

**5**. The mounting assembly of claim **4** wherein the engagement tab comprises a boss with a recess configured to hold a fastening device.

**6**. A mounting assembly, suitable for securing an imaging device to a head of a user, said mounting assembly comprising:

an integrated headwear frame and attachment base, wherein said headwear frame is configured for placement over a face of a user, and wherein said attachment base includes at least two engagement tabs, and wherein the engagement tabs are configured to mate with a camera mount;

wherein said integrated headwear frame and attachment base further has a right lens frame and a left lens frame, wherein the right lens frame is attached to the left lens frame by nosepiece;

wherein said attachment base further has a retainer engagement adjacent to the at least two engagement tabs;

wherein the engagement tabs and the retainer engagement tab are spaced apart so as to define open transverse slots suitable for the insertion of a camera mount.

**7**. The mounting assembly of claim **6**, wherein the engagement tabs are located above a nose piece.

**8**. The mounting assembly of claim **7**, wherein the engagement tab comprises a boss with a recess configured to hold a fastening device.

\*    \*    \*    \*    \*

Exhibit 2

I am a patent attorney representing Thomas Fountain, the owner of United States Patent No. 9,077,877 for Active Headwear for Detachably Mounting an Imaging Device ("the '877 patent"). A copy of the '877 patent, which includes images for easily understanding what the patent covers, is available here: http://pdfpiw.uspto.gov/.piw?Docid=09077877

This patent covers active headwear to which a camera can be attached. One example of such a product is a diving mask to which a GoPro can be mounted. An example illustration of such headwear can be seen on the first page of the '877 patent at the link given above.

The products listed below directly infringe the claims of the '877 patent and are in violation of 35 U.S.C. § 271. Please remove the listings for these products immediately. Please additionally send us the sellers' contact information for further action.

Regards,

Michael Sullivan, Esq.

Law Office of Michael J. Sullivan
111 N. Market St., Ste. 300
San Jose, CA 95113
(408) 628-8882
msullivan@mikesullivanlaw.com

Exhibit 3

# LAW OFFICE OF MICHAEL J. SULLIVAN

## 111 N. MARKET ST., SUITE 300, SAN JOSE, CA 95113

TEL: (408) 628–8882                      FAX: (408) 625–1148

September 23, 2015

Scott Sanford
Senior Corporate Counsel, IP
Amazon.com
410 Terry Avenue North
Seattle, WA 98109-5210

Re: US Patent 9,077,877

Dear Mr. Sanford:

I am patent counsel for Fountain, Inc., the owner of US Patent 9,077,877. A copy of this patent is attached to this letter for your convenience. This patent is for "Active Headwear for Detachably Mounting an Imaging Device," but in everyday language the patent covers sports-related headwear to which a camera can be mounted, such as a diving mask designed to hold a GoPro.

We believe that numerous products being sold on Amazon.com are infringing claims 6, 7, and 8 of this patent. We alleged this in an online submission through Amazon.com's IP infringement form on July 28, 2015. We have not heard back in response to this online submission and are now following up.

Please remove the products we identified as infringing in our July 28, 2015 online complaint. If you cannot locate that list, need any other assistance in understanding the patent, or have any other questions, please do not hesitate to contact me at (408) 628-8882 or by email at msullivan@mikesullivanlaw.com.

For your convenience, a claims chart is attached for an exemplary GoPro diving mask from your site, the GoMax GoPro Dive Scuba Diving Mask With Mount (ASIN: B00OEKMG2W), showing how it is clearly infringing claims 6 through 8 of the patent. We would be glad to provide a claims chart for any other GoPro diving mask sold on your site to show how it is infringing the patent.

We additionally request that you send us the contact information you have for the following infringers so we can contact them directly about arranging for a license to the patent:

Cooland (Seller ID# A8DUT1DQO7UT3);
Evoplus Direct (Seller ID# A2EPJL24K9T6ZD); and
TELESIN (Seller ID# A15ZGY0UPRO6Q7).

Thank you in advance for your prompt attention to this matter.

Sincerely,

Michael Sullivan, Esq.

Enclosures