MICHAEL J. SULLIVAN (SBN 264695)
LAW OFFICE OF MICHAEL J. SULLIVAN
111 N. Market St., Suite 300
San Jose, CA 95113
Telephone: (408) 628-8882
Facsimile: (408) 625-1148
E-mail: msullivan@mikesullivanlaw.com

Attorney for Plaintiff
FOUNTAIN, INC.

Robert T. Cruzen (Cal. Bar No. 203658)
rob.cruzen@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  503-595-5300
Facsimile:  503-595-5301

Counsel for Defendant
AMAZON.COM, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FOUNTAIN, INC., a California corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>AMAZON.COM, INC., *et al.*,<br><br>   Defendants. | CASE NO. 5:15-CV-05589-NC<br><br>**JOINT STIPULATION AND ORDER REGARDING DISMISSAL OF DEFENDANT AMAZON.COM, INC.** |

The parties, by and through their respective counsel hereby stipulate to the voluntary

dismissal with prejudice of Defendant Amazon.com, Inc. from the Complaint filed on

December 7, 2015. Defendant Amazon.com, Inc. consents to proceed before Magistrate Nathanael Cousins. The parties shall bear their own attorneys' fees and costs.

IT IS STIPULATED AND AGREED that this matter be dismissed with prejudice as set forth above only as to Defendant Amazon.com, Inc.

Respectfully submitted,

DATED: January 25, 2016         /s/Michael J. Sullivan
                                Michael J. Sullivan (SBN 264695)
                                LAW OFFICE OF MICHAEL J. SULLIVAN
                                111 N. Market St., Suite 300
                                San Jose, CA 95113
                                Telephone: (408) 628-8882
                                Facsimile: (408) 625-1148
                                E-mail: msullivan@mikesullivanlaw.com

                                Attorney for Plaintiff
                                FOUNTAIN, INC.

DATED: January 25, 2016         /s/Robert T. Cruzen
                                Robert T. Cruzen (Cal. Bar No. 203658)
                                rob.cruzen@klarquist.com
                                KLARQUIST SPARKMAN, LLP
                                121 S.W. Salmon Street, Suite 1600
                                Portland, Oregon  97204
                                Telephone:  503-595-5300
                                Facsimile:  503-595-5301

                                Counsel for Defendant
                                AMAZON.COM, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:   January 25, 2016        _____
                                THE HONORABLE NATHANAEL M. COUSINS

[Stamp: GRANTED — Judge Nathanael M. Cousins — United States District Court, Northern District of California]