1  MICHAEL J. SULLIVAN (SBN 264695)
   LAW OFFICE OF MICHAEL J. SULLIVAN
2  111 N. Market St., Suite 300
   San Jose, CA 95113
3  Telephone: (408) 628-8882
4  Facsimile: (408) 625-1148
   E-mail: msullivan@mikesullivanlaw.com
5
   Attorney for Plaintiff
6  FOUNTAIN, INC.

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9                             **SAN JOSE DIVISION**

10

11 FOUNTAIN, INC., a California         )  CASE NO. 5:15-CV-05589-NC
   corporation,                         )
12                                      )
13              Plaintiff,              )  **ORDER GRANTING PLAINTIFF**
                                        )  **FOUNTAIN, INC.'S**
14       vs.                            )  **ADMINISTRATIVE MOTION FOR**
                                        )  **RELIEF FROM THE ORDER**
15 AMAZON.COM, INC., *et al.*,          )  **SETTING INITIAL CASE**
                                        )  **MANAGEMENT CONFERENCE AND**
16              Defendants.             )  **FOR CONTINUANCE OF INITIAL**
                                        )  **CASE MANAGEMENT CONFERENCE**
17                                      )
                                        )
18

19      Having considered Plaintiff Fountain, Inc.'s Administrative Motion for Relief from the

20 Order Setting Initial Case Management Conference and for Continuance of Initial Case

21 Management Conference, the supporting Memorandum of Points and Authorities, the

22 supporting Declaration of Michael J. Sullivan, and the files and records in this action, and

23 finding good cause for the request:

24      IT IS HEREBY ORDERED that Fountain, Inc.'s request is granted. The Order Setting

25 Initial Case Management Conference and ADR Deadlines and other case schedule dates are

26 hereby revised as follows.

27      (1) The initial Case Management Conference is to be held on May 4, 2016;

28

1  (2) April 13, 2016 is the last day to (a) meet and confer regarding initial disclosures,
2       early settlement, ADR process selection, and the discovery plan; (b) file the ADR
3       Certification signed by the Parties and Counsel; and (c) file either the Stipulation to
4       ADR Process or Notice of Need for ADR Phone Conference; and
5  (3) April 20, 2016 is the last day to (a) file the parties' Joint Case Management
6       Statement and Rule 26(f) Report;  (b) complete Initial Disclosures or state objections
7       to such disclosures in the Rule 26(f) Report; and (c) file consent or declination to
8       proceed before a magistrate judge.

**IT IS SO ORDERED.**

Date: February 11, 2016

THE HONORABLE NATHANAEL M. COUSINS



IT IS SO ORDERED AS MODIFIED

Judge Nathanael M. Cousins