MICHAEL J. SULLIVAN (SBN 264695)
LAW OFFICE OF MICHAEL J. SULLIVAN
111 N. Market St., Suite 300
San Jose, CA 95113
Telephone: (408) 628-8882
Facsimile: (408) 625-1148
E-mail: msullivan@mikesullivanlaw.com

Attorney for Plaintiff
FOUNTAIN, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FOUNTAIN, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | CASE NO. 5:15-CV-05589-NC<br><br>**MODIFIED ORDER GRANTING PLAINTIFF FOUNTAIN, INC.'S ADMINISTRATIVE MOTION FOR RELIEF FROM THE ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

Having considered Plaintiff Fountain, Inc.'s Administrative Motion for Relief from the Order for Continuance of Initial Case Management Conference, the supporting Memorandum of Points and Authorities, the supporting Declaration of Michael J. Sullivan, and the files and records in this action, and finding good cause for the request:

IT IS HEREBY ORDERED that Fountain, Inc.'s request is granted. The Order Setting Initial Case Management Conference and ADR Deadlines and other case schedule dates is hereby revised as follows.

(1) The initial Case Management Conference is to be held on August 3, 2016;

1  (2) July 20, 2016 is the last day to (a) meet and confer regarding initial disclosures, early
2  settlement, ADR process selection, and the discovery plan; (b) file the ADR
3  Certification signed by the Parties and Counsel; and (c) file either the Stipulation to
4  ADR Process or Notice of Need for ADR Phone Conference; and
5  (3) July 27, 2016 is the last day to (a) file the parties' Joint Case Management Statement
6  and Rule 26(f) Report; and (b) complete Initial Disclosures or state objections to
7  such disclosures in the Rule 26(f) Report.

**IT IS SO ORDERED.**

Date:  April 6, 2016

_____
THE HONORABLE NATHANAEL M. COUSINS



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins